UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK McLEOD,

    Plaintiff,

vs.                                                          Case No. 04-73202
                                                           HON. GEORGE CARAM STEEH

CITY OF MELVINDALE, DAN CADEZ,
JOHN F. DIFATTA, CHRISTOPHER
BARBB, PAUL ALLEN, BRADLEY KROPIK,
GUY MORABITO, JOHN BAJOREK,
KEITH GUYOT, NORMAN WELLMAN,
DAVID MANEES, GARY BOWERMAN,
JOHN SABO, JOSEPH MILLER,
ROLOANDA HINOJOSA, ELLIS SLAUGHTER,
AND OTHER POLICE OFFICERS AND JOHN DOES
(Individually and in their official capacities)

    Defendants.
_____/

## J U D G M E N T

The above entitled matter has come before the court on defendants' motion for summary judgment, and in accordance with the court's order granting that motion entered on September 21, 2005.

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of defendants.

                                                           DAVID J. WEAVER
                                                           CLERK OF THE COURT

                                                           BY: s/Josephine Chaffee
                                                               DEPUTY COURT CLERK

Dated: September 21, 2005